

# United States District Court
**Eastern District of Washington**
Office of the Clerk

**SEAN F. MCAVOY**
District Court Executive / Clerk of Court

April 10, 2019

Tanawah M Downing #394345
COYOTE RIDGE CORRECTIONS CENTER
PO BOX 769
CONNELL, WA
99326−0769

RE: **4:19−cv−05055−TOR Downing v. State of Washington**

Dear Tanawah M Downing:

The U.S. District Court Clerk's office is in receipt of your Habeas Corpus Petition. Please use the above−referenced case number on all future correspondence or documentation you submit in this matter.

Before your case can be reviewed by the Court, we must receive the correct form of Application to Proceed without Prepayment of Fees and Affidavit, with the "Certificate" section completed by an Authorized Officer of the prison. The correct form is enclosed. In the alternative, you may pay the $5.00 filing fee. Upon receipt of the Application or the $5.00 filing fee, your case will be forwarded to the Court for review.

You **must** keep the District Court Executive/Clerk informed of any change of address. Your notifications of change of address **must be in writing.** If you do not provide written notice of your change of address, the District Court Executive/Clerk cannot be responsible for your inability to receive Court orders and correspondence.

Sincerely,

*Sean F. McAvoy*

Sean F. McAvoy, Clerk
U.S. District Court

P.O. Box 1493 − Spokane, Washington 99210
(509) 458−3400 − FAX (509) 458−3420