UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

## CASE INFORMATION:

Case Title: Tanawah M Downing v. State of Washington
U.S. District Court, Eastern District of Washington   Chief Judge Thomas O. Rice
Criminal and/or Civil Case No. 4:19-CV-5055-TOR
Date Civil Complaint/Petition Filed: 04/10/19
Date Appealed order/judgment was *entered*: 5/14/2019
Date NOA *filed*: 09/19/19
Date of Last Indictment:         Plea   Hearing         Sentencing         Verdict

COA Status (check one):   ☐ granted in full        ☒ denied in full      Court Record No.
                          ☐ granted in part        ☐ pending

Court of Appeals No.

Court Reporter(s)
Name & Phone Number:

## FEE INFORMATION

Date Docket Fee Paid:
Date IFP granted/Counsel Appointed:
Is IFP pending? ☒ yes ☐ no
US Attorney Appeal?   ☐ yes ☒ no
Companion/Related Cases? Please list:

Date IFP denied:
Was IFP limited ☐ ? Revoked ☐ ?

## COUNSEL INFORMATION

Appellate Counsel:
Tanawah M Downing 394345
Coyote Ridge Corrections Center
PO Box 769
Connell, WA 99326-0769

☐ Retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other

Appellee Counsel:
n/a

## DEFENDANT INFORMATION - Criminal Cases

Prisoner ID                                   Address:
Custody ☐ yes ☐ no
Bail

## AMENDED NOTIFICATION INFORMATION

Date Fees Paid                                9th Circuit Docket Number

Name & Phone Number of Person Completing this Form   Courtney Piazza, Appeal Clerk
                                                     509-458-3400