

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WASHINGTON
920 WEST RIVERSIDE AVENUE
P.O. BOX 1493
SPOKANE, WASHINGTON 99210
www.waed.uscourts.gov

SEAN F. MCAVOY
CLERK OF COURT

RENEA GROGAN
CHIEF DEPUTY CLERK

(509) 458-3400
FAX (509) 458-3420

September 19, 2019

Tanawah M Downing 394345
COYOTE RIDGE CORRECTIONS CENTER
PO BOX 769
CONNELL, WA 99326-0769

*RE:*   *4:19-CV-5055-TOR*
         Tanawah M Downing v State of Washington

Dear Tanawah M Downing,

Enclosed is a filed copy of the Notice of Appeal, Order Denying Certificate of Appealability, and docket entries.

Very truly yours,

**UNITED STATES DISTRICT COURT**

Office of the Clerk
Appeal Deputy Clerk

Enclosures