CLOSED,APPEAL,HABEAS,LC02,NOT-SERVED,PEF

# Eastern District of Washington
# U.S. District Court (Richland)
# CIVIL DOCKET FOR CASE #: 4:19-cv-05055-TOR

| | |
|---|---|
| Downing v. State of Washington | Date Filed: 04/10/2019 |
| Assigned to: Chief Judge Thomas O. Rice | Date Terminated: 05/14/2019 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Tanawah M Downing**     represented by **Tanawah M Downing**
394345
COYOTE RIDGE CORRECTIONS CENTER
PO BOX 769
CONNELL, WA 99326-0769
Email: doccrccinmatefederal@doc1.wa.gov
PRO SE

V.

**Respondent**

**State of Washington**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2019 | 10 | 9CCA Payment Notification form re 8 Notice of Appeal, Fee IFP. (CLP, Case Administrator)**1 PAGE, PRINT ALL** (Tanawah Downing, Prisoner ID: 394345) (Entered: 09/19/2019) |
| 09/19/2019 | 8 | NOTICE OF APPEAL from District Court decision as to 4 Order Dismissing Case 5 Clerk's Judgment by Tanawah M Downing cc: Court Reporter: n/a. (Attachments: # 1 Additional Attachments to Notice of Appeal)(CLP, Case Administrator)**195 PAGES, PRINT NEF ONLY** (Tanawah Downing, Prisoner ID: 394345) (Entered: 09/19/2019) |
| 05/23/2019 | 7 | ORDER denying 6 Construed Motion for Reconsideration. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore DENIED. The file remains CLOSED. Signed by Chief Judge Thomas O. Rice. (BF, Paralegal) **TEXT ONLY |

| | | |
|---|---|---|
| | | ~~ENTRY~~ **3 PAGES, PRINT ALL**(Tanawah Downing, Prisoner ID: 394345) Modified on 5/23/2019 to reflect this is not a text-only entry and direct prison to print all pages (CV, Case Administrator). (Entered: 05/23/2019) |
| 05/21/2019 | 6 | CONSTRUED MOTION for Reconsideration re 4 Order Dismissing Case by Tanawah M Downing. Motion Hearing set for **6/20/2019** Without Oral Argument before Chief Judge Thomas O. Rice. (CLP, Case Administrator) **\*\*2 PAGE(S), PRINT NEF ONLY\*\*** (Tanawah Downing, Prisoner ID: 394345) (Entered: 05/22/2019) |
| 05/14/2019 | 5 | JUDGMENT IN A CIVIL ACTION. (LLH, Courtroom Deputy) **\*\*1 PAGE(S), PRINT ALL\*\*** (Tanawah Downing, Prisoner ID: 394345) (Entered: 05/14/2019) |
| 05/14/2019 | 4 | ORDER SUMMARILY DISMISSING HABEAS PETITION. The petition, ECF No. 1, is DISMISSED pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts. The court further certifies that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. 2253 (c);Fed. R. App. P. 22(b). The file is CLOSED. Signed by Chief Judge Thomas O. Rice. (LLH, Courtroom Deputy) **\*\*5 PAGE(S), PRINT ALL\*\*** (Tanawah Downing, Prisoner ID: 394345) (Entered: 05/14/2019) |
| 04/15/2019 | | Filing fee: $5, receipt number SPO034517 (AY, Case Administrator) **\*\*PRINT NEF ONLY\*\*** (Tanawah Downing, Prisoner ID: 394345) (Entered: 04/15/2019) |
| 04/10/2019 | 3 | Letter from Clerk - Advising prisoner of case number and deficiency. (Attachments: # 1 IFP Application) (CLP, Case Administrator) **\*\*3 PAGES, PRINT ALL\*\*** (Tanawah Downing, Prisoner ID: 394345) (Entered: 04/10/2019) |
| 04/10/2019 | 2 | Letter from Clerk - Advising prisoner of case number and deficiency. IFP Application Attached. (CLP, Case Administrator) **\*\*3 PAGES, PRINT ALL\*\*** (Tanawah Downing, Prisoner ID: 394345) Modified on 4/10/2019 this letter was filed in error, see ECF 3 for correct letter (CLP, Case Administrator). (Entered: 04/10/2019) |
| 04/10/2019 | 1 | PETITION for Writ of Habeas Corpus (Filing fee not paid and IFP not submitted) Filed by Tanawah M Downing.(CLP, Case Administrator) **\*\*53 PAGE(S), PRINT NEF ONLY\*\***(Tanawah Downing, Prisoner ID: 394345) (Entered: 04/10/2019) |