UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TANAWAH M. DOWNING, | No. 19-35803 |
| Petitioner-Appellant, | D.C. No. 4:19-cv-05055-TOR<br>Eastern District of Washington,<br>Richland |
| v. | |
| STATE OF WASHINGTON, | ORDER |
| Respondent-Appellee. | |

Before: SILVERMAN and OWENS, Circuit Judges.

The request for a certificate of appealability is denied because the notice of appeal was not timely filed. *See* 28 U.S.C. §§ 2107, 2253(c)(2).

Any pending motions are denied as moot.

**DENIED.**